**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLES DEGENNARO III,

                          Appellant,                              19 **CIVIL** 10261 (PMH)

                                                                                   JUDGMENT
      -against-

CRESCENT ELECTRIC SUPPLY
COMPANY, INC., OF NEW YORK,

                        Appellee.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated, July 29, 2020, based on the forgoing, and upon this record as a whole, the Court finds that dismissal of Appellant's bankruptcy appeal is appropriate, accordingly, this case is closed**.**

**Dated**: New York, New York
           July 29, 2020

                                                              RUBY J. KRAJICK
                                                               **Clerk of Court**
                                        BY:
                                                                **Deputy Clerk**